**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-6989**

———————

MALCOLM MUHAMMAD,

Plaintiff – Appellant,

v.

LIEUTENANT FLEMING; Y. TAYLOR; HENRY PONTON; C/O COMPTON;
C/O JUSTICE,

Defendants - Appellees.

———————

**No. 15-6991**

———————

MALCOLM MUHAMMAD,

Plaintiff – Appellant,

v.

Y. TAYLOR; R. WICKER,

Defendants - Appellees.

———————

Appeals from the United States District Court for the Western
District of Virginia, at Roanoke.  Jackson L. Kiser, Senior
District Judge.  (7:15-cv-00008-JLK-RSB, 7:15-cv-00057-JLK-RSB)

———————

Submitted:  November 18, 2015        Decided:  December 7, 2015

———————

Before KING, WYNN, and HARRIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Malcolm Muhammad, Appellant Pro Se. Margaret Hoehl O'Shea, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia; Nancy Hull Davidson, Assistant Attorney General, Richmond, Virginia, for, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Malcolm Muhammad appeals the district court's orders dismissing these actions without prejudice for failure to pay the filing fee. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Muhammad v. Fleming, No. 7:15-cv-00008-JLK-RSB; Muhammad v. Taylor, No. 7:15-cv-00057-JLK-RSB (W.D. Va. May 21, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3